UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Umi Judith Bey

Write the full name of each plaintiff.

18 CV 9655

(Include case number if one has been assigned)

-against-

Officer Bencea, badge # 22482
Officer Ibanez, badge # 2947
Officer Colon, badge # 5591
Officer Sweeney, badge # 9995 & see attached
for additional
defendants.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial? With a jury
☑ Yes ☐ No
of my peers (Moorish Americans)

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

Officer Carbone, badge # 19751
Officer Williamson, badge # 31669

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

4th Amendment
Title 18 USC sections 241 & 242
The named officers entered my domicile unlawfully to conduct a search based on an Order of Protection with no corpus delecti.

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Umi Judith Bey__, is a citizen of ~~the State of~~
(Plaintiff's name)

__Northwest Amexum__
~~(State in which the person resides and intends to remain.)~~

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, 6 officers: Sweeney, Carbone, Williamson, Bencea, Ibanez, Colon, (Defendant's name) is a citizen of the State of

New York ? I am not sure

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Umi         Judith        Bey
First ~~Name~~      Middle ~~Initial~~     Last ~~Name~~

℅ 341 West 24thly Streeth Unit number 2F
Street Address

New York Territory    New York Republic    [10011]
~~County, City~~ Territory      ~~State~~        Zip Code

347 520 4236         judi461@gmail.com
Telephone Number     ~~E~~mail Address ~~(if~~ available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
_____ Berrea _____
First Name / Last Name

NYPD Officer Badge Number 22482
Current Job Title (or other identifying information)

10th Precinct
Current Work Address (or other address where defendant may be served)

New York / NY / 10011
County, City / State / Zip Code

Defendant 2:
_____ Ibanez _____
First Name / Last Name

NYPD Officer Badge Number 2947
Current Job Title (or other identifying information)

10th Precinct
Current Work Address (or other address where defendant may be served)

New York / NY / 10011
County, City / State / Zip Code

Defendant 3:
_____ Colon _____
First Name / Last Name

NYPD Officer Badge Number 5591
Current Job Title (or other identifying information)

10th Precinct
Current Work Address (or other address where defendant may be served)

New York / NY / 10011
County, City / State / Zip Code

Defendant 5: Carbone
NYPD Officer Badge Number 22482
10th Precinct
New York, NY 10011

Defendant 6: Williamson
NYPD Officer Badge Number 31669
10th Precinct
New York, NY 10011

Defendant 4: **Sweeney**
First Name    Last Name

**NYPD Officer Number 9995**
Current Job Title (or other identifying information)

**10th Precinct**
Current Work Address (or other address where defendant may be served)

**New York**    **NY**    **10011**
County, City    State    Zip Code

Defendants 5 & 6: See attached.

### III. STATEMENT OF CLAIM

Place(s) of occurrence: My domicile

Date(s) of occurrence: August 17, 2018 at 10:05pm

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The named six NYPD officers showed up at my domicile with paper in hand asking if my daughter, Josephine, was present. I ask why they were present and if they had their Oaths of Office. I believe Sweeney said, "What's that?" I advised it was not my job to inform him of his responsibilities but the fact that he was required to produce it. He replied, speaking for all, "Oh, we don't have it with us this time." I then asked for their Delegation of Authority and Officer Ibanez said, "We have an Order of Protection for Melissa McIntosh. She felt threatened." (She did not show me the Order.) I said, "An Order of Protection is not a Declaration of Authority Order issued by Congress." Officer Williamson said, "It's New York State Law." I reminded him of his last visit when I told him "New York State Laws cannot abrogate the Constitutional Laws and her Order of Protection is not constitutional. There was no injury, no corpus delecti, no witnesses to corroborate Melissa's

Page 5

story, no evidence; and, was based on hearsay only. Nor, were any of the officers witnessing a crime being committed. Williamson got frustrated, threw up his hands and said, "Well, we just want to come in and make sure Josephine is not there. OK?" I DID NOT CONSENT. I said, "No, not without presenting your Oath of Office and Delegation of Authority." They also needed a search warrant. Someone said, "Go get Melissa. She'll let us in." But, I have the authority in my domicile. Melissa has no rights in my home except what I give her. I had requested, then ordered her to leave several times by then. But, she let them in to search the entire apt. Josephine was not there. I advised them of their violations. Sweeney smirked, "We'll bring our Oaths next time."

**INJURIES:**
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$15,000 from each officer: Bencea, Ibanez, Colon, Sweeney

$30,000 from Williamson (for 2 visits / 2 violation events)

$5,000 from Carbone (he did not actually enter the apt. He just kept the door open with foot.)

Total: $95,000.⁰⁰ in gold/silver

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: October 18, 2018

Plaintiff's Signature: Umi Judith Bey ARR UCC 1-308

First Name: Umi   Middle: Judith   Last: Bey

Street Address: Care of: 341 West 24th St. Unit number 2F

County, City: New York Territory   State: New York Republic   Zip Code: [10011]   Northwest Amexum

Telephone Number: 347 520 4236

Email Address: judi461@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.